No. 26-1241

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | Appeal from the United States |
| | ) | District Court, Central District |
| Plaintiff-Appellee, | ) | of Illinois (Springfield). |
| | ) | |
| v. | ) | No. 3:22-cr-30029-CRL-1 |
| | ) | |
| NICHOLAS GAVIN, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |

## DEFENDANT-APPELLANT'S DOCKETING STATEMENT

DEFENDANT-APPELLANT NICHOLAS GAVIN, by and through his attorney, Ruth F. Masters, MastersLaw LLC, submits the following docketing statement pursuant to 7th Cir. R. 3(c):

1. The government filed a three count indictment against defendant Nicholas Gavin alleging violations of 21 U.S.C. § 841 (a)(1), (b)(1)(A), and 18 U.S.C. §§ 924(a) and (c) and 922(g). R. 1. The indictment also sought forfeiture of a weapon and some ammunition. *Id.* The district court had jurisdiction pursuant to 18 U.S.C. §3231.

2. Mr. Gavin initially pled not guilty to all counts. C. D. Ill. No. 3:22-cr-30029, Docket at Text Entry 8/1/2022.

3. On January 29, 2025, he changed his plea to guilty to count 1, *id.* at Text Entry 1/29/2025, and on July 23, 2025, he changed his plea to guilty to count 3,

*id.* at 7/23/2025. That same day, the court also accepted Mr. Gavin's waiver of his right to a jury trial on count 2. *Id.*

4. On February 5, 2025, the court entered a preliminary forfeiture order for the property listed in the indictment. R. 49.

5. The court conducted a bench trial on July 29, 2025 on count 2, and found Mr. Gavin guilty. C. D. Ill. No. 3:22-cr-30029, Docket at Text Entry 7/29/2025.

6. Mr. Gavin did not file any post-trial motions.

7. The court conducted a sentencing hearing on January 22, 2026 and pronounced its judgment. C. D. Ill. No. 3:22-cr-30029, Docket at Text Entry 1/22/2026.

8. On January 29, 2026, written judgment, including the incorporation of the forfeiture order, was docketed. R. 87.

9. Mr. Gavin timely filed his notice of appeal on February 4, 2026.

10. This court has jurisdiction over this appeal from a final judgment pursuant to 28 U.S.C. §1291 and from a sentence under 18 U.S.C. § 3742.

Respectfully submitted,

NICHOLAS GAVIN, Defendant

By: /s/ Ruth F. Masters
Ruth F. Masters
MastersLaw LLC
1101 Lake St., Ste. 405C
Oak Park, IL 60301
Telephone: (708) 445-8031
rmasters@ruthmasterslaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, I electronically filed the foregoing Defendant's Docketing Statement with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Ruth F. Masters